# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00476-GCM

| | |
|---|---|
| JANE O'NEILL,<br><br>**Plaintiff,**<br><br>v.<br><br>OPEN WATER ADVENTURES INC,<br>HEATHER GAYDESKI,<br>JOSEPH GAYDESKI,<br>DILLON MATTHEWSON,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Alton J. Hall, Jr.** (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Hall is admitted to appear before this court *pro hac vice* on behalf of Jane O'Neill, as Personal Representative of the Estate of Randolph Michael O'Neill, Deceased, Individually as the spouse of decedent and as parent of L.O. and T.O., dependent children of decedent.

**IT IS SO ORDERED.**

Signed: September 30, 2020

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge