IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00476-GCM

| | |
|---|---|
| JANE O'NEILL,<br><br>**Plaintiff,**<br><br>v.<br><br>OPEN WATER ADVENTURES INC,<br>HEATHER GAYDESKI,<br>JOSEPH GAYDESKI,<br>DILLON MATTHEWSON,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* concerning David G. Concannon (Doc. No. 10) and Matthew T. Charles (Doc. No. 11).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. David G. Concannon and Mr. Matthew T. Charles are admitted to appear before this court *pro hac vice* on behalf of Defendants Open Water Adventures, Inc., Joseph Gaydeski, Heather Gaydeski, and Dillon Matthewson.

**SO ORDERED**.

Signed: November 9, 2020

Graham C. Mullen
United States District Judge