IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00476-GCM

| | |
|---|---|
| JANE O'NEILL,<br><br>**Plaintiff,**<br><br>v.<br><br>OPEN WATER ADVENTURES INC,<br>HEATHER GAYDESKI,<br>JOSEPH GAYDESKI,<br>DILLON MATTHEWSON,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Although there is no current conflict of interest, future personnel changes in chambers will result in a conflict in the next few months.

**IT IS THEREFORE ORDERED** that the undersigned judge will **RECUSE** himself from this matter. The Clerk's Office is directed to **TRANSFER** this matter to another judge.

**SO ORDERED**.

Signed: May 16, 2022

Graham C. Mullen
United States District Judge